# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BRUCE A. CASTEEL AND JOY R. CASTEEL, INDIVIDUALLY AND AS ADMINISTRATORS OF CARLY A. MILLER, DECEASED | No. 10 WAL 2017 |
| | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| LONNY TINKEY; GEORGE LEPLEY; JOHN W. BENFORD AND SHIRLEY A. BENFORD, HUSBAND AND WIFE; SHIRJON INC., T/D/B/A LAUREL MOUNTAIN INN; THE COMMONWEALTH OF PENNSYLVANIA; THE PENNSYLVANIA DEPARTMENT OF HEALTH; AND THE PENNSYLVANIA ADVISORY COUNSEL ON CIVIL DRUG AND ALCOHOL ABUSE   BRUCE A. CASTEEL AND JOY R. CASTEEL, INDIVIDUALLY AND AS ADMINISTRATORS OF CARLY A. MILLER, DECEASED | |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | |
| PETITION OF: BRUCE A. CASTEEL AND JOY R. CASTEEL, INDIVIDUALLY AND AS ADMINISTROTORS OF CARLY A. MILLER | |

# ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.